

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, February 17, 2022

No. 04-21-00464-CR

Patricia Dawn **HANVY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-837-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

     Appellant's brief was originally due February 4, 2022. Neither the brief nor a motion for extension of time to file the brief has been filed. We therefore **ORDER** appellant to file her brief **by February 28, 2022**. If neither the brief nor an extension of time to file the brief is filed by the date ordered, we will order the appeal abated and remanded to the trial court for a hearing to determine whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court